FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ANTHONY CASTRO and PATRICIA MARIE JIMENEZ,<br><br>Defendants. | CR No. CR 18-00507-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Unauthorized Access Devices; 18 U.S.C. § 472: Possessing Counterfeit Obligations of the United States with Intent to Defraud; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with the Intent to Distribute Heroin; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1029(a)(3)]

On or about April 20, 2018, in Los Angeles County, within the Central District of California, defendant JOSEPH ANTHONY CASTRO ("CASTRO"), knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Section 1029(e)(1) and (3)), namely, approximately four

Social Security numbers, and 20 credit, debit, and bank account numbers, all belonging to persons other than defendant CASTRO, with said possession affecting interstate and foreign commerce.

COUNT TWO

[18 U.S.C. §§ 472, 2(a)]

On or about April 20, 2018, in Los Angeles County, defendants JOSEPH ANTHONY CASTRO and PATRICIA MARIE JIMENEZ, each aiding and abetting the other, acting with the intent to defraud, possessed counterfeit obligations and securities of the United States, namely, approximately $4,652.00 in counterfeit Federal Reserve Notes ("FRNs") consisting of two $1 FRNs, two $5 FRNs, two $20 FRNs, and 46 $100 FRNs, knowing that the FRNs were falsely made, forged, counterfeited, and altered.

## COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about April 20, 2018, in Los Angeles County, within the Central District of California, defendant JOSEPH ANTHONY CASTRO knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

## COUNT FOUR

[18 U.S.C. § 1029(a)(3)]

On or about June 29, 2018, in Los Angeles County, within the Central District of California, defendant PATRICIA MARIE JIMENEZ ("JIMENEZ"), knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Section 1029(e)(1) and (3)), namely, approximately 61 credit, debit, and bank account numbers and 17 Social Security numbers, all belonging to persons other than defendant JIMENEZ, with said possession affecting interstate and foreign commerce.

## COUNT FIVE

[18 U.S.C. § 1028A(a)(1)]

On or about June 29, 2018, in Los Angeles County, within the Central District of California, defendant PATRICIA MARIE JIMENEZ ("JIMENEZ") knowingly possessed, without lawful authority, means of identification that defendant JIMENEZ knew belonged to other persons, namely, the names, dates of birth, and driver's license numbers of J.C.G. and J.B., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Four of this Indictment.

## COUNT SIX

[18 U.S.C. § 1708]

On or about June 29, 2018, in Los Angeles County, within the Central District of California, defendant PATRICIA MARIE JIMENEZ ("JIMENEZ") unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 86 pieces of mail and mail matter addressed to various individuals and businesses within Los Angeles County and elsewhere, and at that time and place defendant JIMENEZ knew that said mail and mail matter were stolen.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

VERONICA M.A. ALEGRÍA
Assistant United States Attorney
General Crimes Section